IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN HALL<br><br>                 Plaintiff,<br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; CHRISTOPHER KOANUI; LEONARD LETOTO; DEBRA MAIOHO-POHINA; DOE OFFICER 1; DOE OFFICER 2; and DOE OFFICER 3<br><br>                Defendants. | CIVIL NO. _____<br><br>[CIVIL RIGHTS ACTION]<br><br>**DEMAND FOR JURY TRIAL** |

## **DEMAND FOR JURY TRIAL**

Plaintiff ROBIN HALL, by and through her undersigned counsel, hereby demands a jury trial as to all issues so triable.

DATED: Honolulu, Hawai'i, June 9, 2021.

                                                /s/ Jongwook "Wookie" Kim
                                        JONGWOOK "WOOKIE" KIM
                                        ACLU of Hawaii Foundation

                                        Attorney for Plaintiff
                                        ROBIN HALL