# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 21-00248 LEK-KJM

CASE NAME:   Robin Hall vs. City and County of Honolulu

JUDGE:   Leslie E. Kobayashi        DATE:   08/09/2021

COURT ACTION:   EO: COURT ORDER DENYING AS MOOT DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS COMPLAINT FILED ON JUNE 9, 2021

On July 15, 2021, Defendant City and County of Honolulu ("the City") filed its Motion to Dismiss Complaint Filed on June 9, 2021 ("Motion"). [Dkt. no. 15.] On July 22, 2021, this Court issued an entering order directing the parties to meet and confer regarding the possibility of entering into a stipulation that would allow Plaintiff Robin Hall ("Plaintiff") to file an amended complaint without a ruling on the Motion. [Dkt. no. 18.]

On August 4, 2021, Plaintiff filed the Joint Status Report Regarding July 22, 2021 Order ("Status Report"). [Dkt. no. 21.] It states that Plaintiff's counsel and the City's counsel met and conferred on July 29, 2021, and, on August 2, 2021, Plaintiff's counsel consulted with counsel for Defendant Leonard Letoto, who entered an appearance after this Court issued its entering order. [Status Report at 2.] In light of the representations in the Status Report, the City's Motion is DENIED AS MOOT.

If Plaintiff fails to file the amended complaint by the date described in the Status Report, the City is granted leave to renew its Motion by filing a one-page notice stating that the City would like to renew its Motion.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager