DEPARTMENT OF THE CORPORATION COUNSEL
**CITY AND COUNTY OF HONOLULU**

530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII  96813
PHONE:  (808) 768-5193  •  FAX:  (808) 768-5105  •  INTERNET:  www.honolulu.gov

RICK BLANGIARDI
MAYOR



DANA M. O. VIOLA
CORPORATION COUNSEL

January 27, 2022

The Honorable Kenneth J. Mansfield
United States District Court, District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii 96850

Re:     **Request for 60-Day Continuance of Rule 16 Conference**
        *Robin Hall v. City and County of Honolulu, et al.*
        CIVIL NO. 21-00248 LEK/KJM

Dear Judge Mansfield:

Defendants City and County of Honolulu ("*City*") and Debra Maioho-Pohina (collectively, "*City Defendants*") respectfully request an additional 60-day continuance of the Rule 16 Scheduling Conference, which is currently set for February 17, 2022.

City Defendants make this request in light of their pending dispositive motions, that include a qualified immunity defense, and that would completely resolve the claims at issue in this case. Also, it is my understanding that Defendant Castillo was served January 26, 2022. Therefore, a continuance will allow Defendant Castillo to obtain counsel in advance of the Rule 16 scheduling conference. Similarly, the City is still actively engaged in trying to obtain counsel for Defendant Koanui, and the requested continuance will allow Defendant Koanui's counsel to participate in the Rule 16 Scheduling conference. City Defendants acknowledge this Court's prior willingness to continue the Rule 16 conference. Nevertheless, as representation of two of the three Officer Defendants is still being resolved, an additional continuance of the Rule 16 conference will allow these Officer Defendants to be represented in this litigation.

Neither Defendant Letoto nor Defendant Koanui oppose this request. While Plaintiff would prefer the case move forward, Plaintiff also does not oppose City Defendants' request for a 60-day continuance of the Rule 16 conference for City Defendants' aforementioned reasons.

Thank you very much for your time and consideration.

Very truly yours,

/s/ *Stephen D. Atwell*

STEPHEN D. ATWELL
Deputy Corporation Counsel

SDA:ji