# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 21-00248 LEK-KJM

CASE NAME:       Robin Hall vs. City and County of Honolulu et al.,

JUDGE:   Leslie E. Kobayashi          DATE:        04/12/2022

COURT ACTION:  EO: COURT ORDER REGARDING DEFENDANT JOHN LEO CASTILLO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED OCTOBER 28, 2021

On April 11, 2022, Defendant John Leo Castillo ("Castillo") filed his Motion to Dismiss Second Amended Complaint Filed October 28, 2021 ("Castillo Motion"). [Dkt. no. 65.] Currently pending before the Court are: Defendant City and County of Honolulu's ("the City") Motion to Dismiss Second Amended Complaint Filed October 28, 2021 ("City Motion"), filed on November 12, 2021; and Defendant Debra Maioho-Pohina's ("Maioho-Pohina") Motion to Dismiss Second Amended Complaint Filed October 28, 2021 ("Maioho-Pohina Motion"), also filed on November 12, 2021. [Dkt. nos. 43, 44.] A hearing on the City Motion and the Maioho-Pohina Motion was held on February 18, 2022, and the motions were taken under advisement. [Minutes, filed 2/18/22 (dkt. no. 61).]

The disposition of the Maioho-Pohina Motion may affect some of the issues in the Castillo Motion. Therefore, no action will be taken on the Castillo Motion until the written order ruling on the City Motion and the Maioho-Pohina Motion is issued. After the written order is issued, an entering order will be issued informing the parties regarding how the Court will proceed on the Castillo Motion. In other words, no party will be required to respond to the Castillo Motion until that entering order is issued.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager