# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00248-LEK-KJM |
| CASE NAME: | Robin Hall v. City and County of Honolulu |
| ATTY FOR PLA: | Jongwook Philip Kim |
| ATTYS FOR DEFT: | Stephen Deutsch Atwell<br>Jonathan L. Ortiz |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 07/06/2022 | TIME: | 10:00 - 10:35 |

COURT ACTION:  EP:    [78] PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT hearing held.

Arguments heard.

[78] Plaintiff's Motion for Leave to File Third Amended Complaint is taken under advisement.

Court to issue an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*