DANA M.O. VIOLA          6095
Corporation Counsel

WILLIAM K. AWONG         8329
Deputy Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i  96813
Telephone:  (808) 768-5103
Facsimile:   (808) 768-5105
Email: wawong@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
DEBRA MAIOHO-POHINA, AND
JOHN LEO CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBIN HALL,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU; CHRISTOPHER KOANUI; LEONARD LETOTO; DEBRA MAIOHO-POHINA; DOE OFFICER 1; DOE OFFICER 2; and DOE OFFICER 3,<br><br>           Defendants. | CIVIL NO. CV21-00248 LEK/KJM<br><br>DEFENDANTS CITY AND COUNTY OF HONOLULU'S, DEBRA MAIOHO-POHINA'S, AND JOHN LEO CASTILLO'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br>Trial Date: None. |

DEFENDANTS CITY AND COUNTY OF HONOLULU,
DEBRA MAIOHO-POHINA, AND JOHN LEO CASTILLO'S
<u>RULE 16 SCHEDULING CONFERENCE STATEMENT</u>

Defendants CITY AND COUNTY OF HONOLULU, DEBRA MAIOHO-POHINA, and JOHN LEO CASTILLO (collectively, "Defendants") by and through their attorneys, Dana M.O. Viola, Corporation Counsel, and William K. Awong, Deputy Corporation Counsel, hereby submit their Scheduling Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2.

## I. STATEMENT OF THE CASE[1]

Plaintiff in this matter claims to have been the victim of an assault committed by Defendant Leonard Letoto ("Letoto"). Defendants Christopher Keanui ("Keanui"), John Leo Castillo ("Castillo"), and Debra Maioho-Pohina ("Maioho-Pohina") are Honolulu Police Department Officers that responded to the alleged assault. Plaintiff claims that because of a business relationship between Letoto and Keanui the alleged crime was improperly investigated, that Defendants filed false reports, that Plaintiff was retaliated against when she attempted to file a report, and that Plaintiff was denied the right to file a report. Defendants Castillo and Maioho-Pohina deny any wrongdoing.

//

---

[1] As of the filing of this statement, Plaintiff has yet to file the Third Amended Complaint contemplated in the Court's Order Granting in Part and Denying In Part Plaintiff's Motion For Leave to File Third Amended Complaint (the "Order"). Dkt. 102. Accordingly, this statement is necessarily based on assumptions about the proposed Third Amended Complaint.

## II. STATEMENT OF JURISDICTION

The Court will likely have jurisdiction over Plaintiff's U.S. Constitutional claims pursuant to sections 28 U.S.C. §§ 1331, 1343. The Court will likely have supplemental jurisdiction over the Hawaiʻi state law claims under 28 U.S.C. § 1367. Venue is likely proper because the alleged events occurred in the State of Hawaiʻi.

## III. JURY TRIAL

Plaintiff has previously demanded a jury trial.

## IV. DISCLOSURES / DISCOVERY AND MOTIONS

Because of the unique procedural history of this case, no initial disclosures have been exchanged, no discovery has been conducted and Defendants are still evaluating the propriety of additional motions practice.

## VI. SPECIAL PROCEDURES

Defendants take no position at this time regarding the appropriateness of any of the special procedures or other matters specified in Federal Rules of Civil Procedure Rule 16(c) and Local Rule 16.2.

//


//

## VII. **RELATED CASES**

Defendants are unaware of any related cases pending in any state of federal court.

DATED:  Honolulu, Hawai'i, June 15, 2023.

>DANA M. O. VIOLA
>Corporation Counsel
>
>By: /s/ William K. Awong
>   WILLIAM K. AWONG
>   Deputy Corporation Counsel
>
>   Attorneys for Defendants
>   CITY AND COUNTY OF HONOLULU,
>   DEBRA MAIOHO-POHINA, AND JOHN
>   LEO CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ROBIN HALL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; CHRISTOPHER KOANUI; LEONARD LETOTO; DEBRA MAIOHO-POHINA; DOE OFFICER 1; DOE OFFICER 2; and DOE OFFICER 3,<br><br>　　　　Defendants. | CIVIL NO. CV21-00248 LEK/KJM<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses as shown below:

**Served Electronically through CM/ECF:**

　　JONGWOOK "WOOKIE" KIM, ESQ.　　　　wkim@acluhawaii.org
　　ACLU of Hawaii Foundation
　　P.O. Box 3410
　　Honolulu, Hawaii  96801

　　Attorney for Plaintiff
　　ROBIN HALL

| | |
|---|---|
| LEIGHTON M. HARA, ESQ. | lhara@ota-hara.com |
| JENNIFER K.M. UEKI, ESQ. | jueki@ota-hara.com |

Ota & Hara
737 Bishop Street, Suite 2860
Honolulu, Hawaii  96813

| | |
|---|---|
| JONATHAN L. ORTIZ, ESQ. | jonathan@ortizlawhawaii.com |
| CATHY S. JUHN, ESQ. | cathy@ortizlawhawaii.com |
| ERIN I. MACDONALD, ESQ. | |

Ortiz & Associates
841 Bishop Street, Suite 2121
Honolulu, Hawaii  96813

Attorneys for Defendant
LEONARD LETOTO

DATED:  Honolulu, Hawaiʻi, June 15, 2023.

        DANA M. O. VIOLA
        Corporation Counsel

        By:  /s/ William K. Awong
            WILLIAM K. AWONG
            Deputy Corporation Counsel

            Attorneys for Defendants
            CITY AND COUNTY OF HONOLULU,
            DEBRA MAIOHO-POHINA, AND JOHN
            LEO CASTILLO