# Honolulu

# ACLU Accuses HPD Officer Of Bias In Favor Of Business Partner

The ACLU wants HPD to develop a policy prohibiting conflicts of interest in policing.

💬 17

By Christina Jedra   / May 19, 2021
Reading time: 5 minutes.

The American Civil Liberties Union of Hawaii is accusing a Honolulu police officer of a conflict of interest after he responded to an incident involving his business partner in 2019. The ACLU says the officer acted in his friend's favor.



In a letter sent to HPD on Wednesday, the ACLU says its client Robin Hall was assaulted by her boss in June 2019 and that an HPD officer who responded failed to arrest him because the officer is a friend and business partner of the alleged suspect.

The organization called the case an "egregious conflict of interest" and called on HPD to address abuses of power within its ranks. The ACLU is threatening to sue if HPD fails to act.

"HPD must do better," ACLU legal director Wookie Kim wrote.

In an interview, Hall's former boss, Leonard Letoto, disputed Hall's account, calling it "absolutely ridiculous."

The ACLU did not make Hall available for an interview and declined to share home surveillance video that captured the incident. Letoto said the video would support his side of the story.

HPD did not respond to a request for comment on Wednesday and Civil Beat was unable to contact the accused HPD officer, Christopher Koanui, for comment.

Exhibit 2

HALL - 0058

According to the ACLU's letter, Hall was working as a virtual assistant for Exceptional Obedience, a dog training business co-owned by both Letoto and Koanui.

However, she worked exclusively with Letoto, according to the ACLU.

On June 10, 2019, Hall and Letoto were having an "employment-related disagreement" at a home where she was staying.



ACLU Legal Director Wookie Kim called the incident an "egregious conflict of interest." The business owner involved disputes that.

"During this encounter, Mr. Letoto assaulted her by slamming the door into her in an attempt to break into the residence," the letter states.

Hall called 911, and Koanui responded to the scene, the ACLU said.

"Presented with such clear conflicts of interest, Officer Koanui abused his power to protect both his business and his close friend and business partner," the ACLU said.

Hall alleged that Koanui refused to file a police report against Letoto, which the ACLU said violates her constitutional right to petition the government.

"Officer Koanui then opened a false and misleading criminal report against Ms. Hall and threatened to arrest her if she persisted in trying to report his business partner's crimes," the ACLU said.

"This was an abuse of the criminal legal process and a direct infringement, and retaliation against the exercise of her First Amendment rights."

Hall filed a complaint with the Honolulu Professional Standard's office this month about the encounter, which occurred nearly two years ago.

The ACLU alleges that Hall was "physically and psychologically harmed" by the incident. She allegedly sustained injuries that required an emergency room visit and caused a limp, according to the ACLU, which added that the matter continues to "haunt and traumatize her today."

Letoto offered a very different version of events.

**The Police Files**

In this ongoing series, Civil Beat is examining police practices and policies, including officer-involved shootings, police misconduct, the influence of the police union and police reform efforts.

He said that he and Hall had come to a mutual agreement that she would no longer be working for his company. He said he went to her home to retrieve her work cell phone and give her a check with her remaining earnings.

Hall demanded that she be paid in cash, Letoto said. He explained that he needed to pay by check so there would be a record of payment.

He said he gave her the check and that Hall tried to close the door on him while also saying that she would not return the business phone until she got cash.

> "I put my foot in the door to prevent her from closing it, and I requested the phone," he said. "And she repeatedly tried to push the door closed. She alleges she was injured. I did nothing but keep my foot there."

He said he told her he would leave if she gave him the phone.

"She refused," he said. "I never tried to break into her home."

Letoto believes the home security video that captured the exchange would support his account.

Koanui's response to the incident was coincidental, Letoto said. The officer happens to patrol that district and was dispatched by 911 after Hall called, Letoto said.

Another officer that responded in tandem with Koanui was "the primary," according to Letoto.

"Because he knew full well that I was involved," Letoto said. "And that's exactly why he let the other officer take the lead."

In Letoto's telling, officers gave both Hall and Letoto the option of pressing charges against either other.

"I had every right to have her arrested if I wanted to, and she had every right to have me arrested if she wanted to, apparently," he said. "We agreed: Give me the phone back, we call it a wash. And that's what happened."

This isn't the first time the ACLU has taken aim at an alleged conflict of interest at HPD. The organization, along with other lawyers, settled a lawsuit in March for $150,000 regarding an officer who arrested his teenage son's school rival.

In that case, the ACLU tried to get HPD to agree to institute a policy prohibiting conflicts of interest in policing, but the organization said the city refused.

After the ACLU filed that lawsuit last year, the Honolulu Police Commission [asked the HPD to develop a conflict of interest policy](), but the department hasn't announced the creation of one.

On Wednesday, Commissioner Michael Broderick requested that HPD provide an update during a future meeting.

HALL - 0061



**BY EMAIL AND CERTIFIED MAIL**　　　　　　　May 19, 2021

Susan Ballard
Chief of Police
Honolulu Police Department
801 South Beretania Street
Honolulu, Hawaiʻi 96813
sballard@honolulu.gov

Lynne Uyema
Senior Police Legal Advisor
Honolulu Police Department
801 South Beretania Street
Honolulu, Hawaiʻi 96813
luyema@honolulu.gov

Rade Vanic
Interim Chief of Police
Honolulu Police Department
801 South Beretania Street
Honolulu, Hawaiʻi 96813
rvanic@honolulu.gov

Dana Viola
Corporation Counsel
Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaiʻi 96813
cor@honolulu.gov

Re:　**HPD's Unconstitutional Arrest and Silencing of Crime Victim & Ongoing Disregard of Conflicts of Interest in Policing**

Chief Ballard, Interim Chief Vanic, Ms. Uyema, and Corporation Counsel Viola:

The ACLU of Hawaiʻi Foundation (*"ACLU of Hawaiʻi"*) writes on behalf of our client, Robin Hall. Ms. Hall was a crime victim who was subjected to an unconstitutional arrest and silencing of her First Amendment rights by the Honolulu Police Department (*"HPD"*) during a June 10, 2019 incident that presented an egregious conflict of interest for the primary HPD officer involved. We also write—once again—to express serious concerns about HPD's ongoing disregard of conflicts of interest (and related abuses of power) within its ranks. We demand that HPD take immediate action to address both issues, and we are prepared to sue if HPD fails to do so.

　　I.　**HPD's Unconstitutional Arrest and Silencing of a Crime Victim on June 10, 2019**

Ms. Hall is mother of four children and a mental health professional who lives in West Oahu. For a period in 2019, Ms. Hall also worked as a virtual administrative

**Before you go**

HALL - 0062

> Civil Beat is a small nonprofit newsroom that provides free content with no paywall. That means readership growth alone can't sustain our journalism.
>
> The truth is that less than 1% of our monthly readers are financial supporters. To remain a viable business model for local news, we need a higher percentage of readers-turned-donors.
>
> **Will you consider becoming a new donor today?**
>
> CONTRIBUTE

## About the Author



**Christina Jedra**

Christina Jedra is a reporter covering the City and County of Honolulu for Civil Beat. You can reach her by email at cjedra@civilbeat.org or follow her on Twitter at @christinajedra.

**Use the RSS feed to subscribe to Christina Jedra's posts today**

## Comments

**Join the conversation**    REGISTER    SIGN IN

Aloha, Civil Beat readers. We appreciate your thoughtful comments. But in order to make commenting an engaging experience for as many readers as possible, a few rules: Please limit the number of times you comment per story so everyone has a chance to participate without feeling like they are in the middle of an argument between just a few people. Language and words are important so please avoid snark and put-downs. Name calling and mocking of people's names is specifically prohibited. General nastiness and stereotyping also will be rejected. DO NOT WRITE IN ALL CAPS; that comes across as yelling, don't you think? Not every comment may get posted. We may suspend or ban commenters who overstep at our sole discretion.

Be patient. We read every comment but we also need to sleep, spend time with our families and do our other work so there may sometimes be a considerable lag between when you write your comment and when it appears on the story. Weekends and evenings in particular.

**No links, please**.

Click on "Sign In". Your old account should still work. If you don't already have an account you need to create one (click on "Register").

Need help? Email membership@civilbeat.org.

HALL - 0063

Comments are now closed on this story. Mahalo!

**All Comments** 17                                     Sort by  Newest

— **KalihiValleyHermit**  1 month ago

So one hand, the ACLU bangs the drum for HPD to cough up bodycam footage & being totally transparent in the cases of Iremamber Sykap & Lindani Myeni.

But in this case, where the ACLU controls the media availability of their client (Robin Hall) & the home surveillance footage, they hold those back from public scrutiny?

Sad that the ACLU can't practice what they preach.

> "HPD must do better," ACLU legal director Wookie Kim wrote.

No, Mr. Kim.  In this case, the ACLU must do better.

👍 Respect 5    ↩ Reply    < Share                                              ⚑ Report

— **ddperry**  1 month ago

The only question I have because there are conflicting statements with no witnesses.   Did Civil Beat or the ACLU review the video before writing this story?

Oh yeah, the ACLU refused to have CB see the video and declined an interview with Hall.

This two simple acts could have reveal who is more credible.  With respect to the conflict of interest, my understanding is that the suspected officer did recuse himself.

While I support the ACLU's mission, in this situation, I am not comfortable with their assertions/accusations.

👍 Respect 7    ↩ Reply    < Share                                              ⚑ Report

— **CATipton**  1 month ago

> Hall demanded that she be paid in cash, Letoto said. He explained that he needed to pay by check so there would be a record of payment.

Apparently Mr. Letoto is unfamiliar with the concept of a "receipt".

> HPD did not respond to a request for comment on Wednesday and Civil Beat was unable to contact the accused HPD officer, Christopher Koanui, for comment.

Another example of the woeful transparency of the HPD under Chief Ballard. HPD could have at least replied with the boiler-plate "No comment on on-going litigation".

👍 Respect 4    ↩ Reply    < Share                                              ⚑ Report

HALL - 0064

- **L.L.** 1 month ago
  ↰ In reply to **CATipton**

  Mr. Letoto here, allow me to respond:

  I am absolutely familiar with the concept of a "receipt." I am also familiar with the concept of an "agreement." In this case, Hall and I agreed to meet so I could pay her out and collect the business cell phone. She did not specify cash as her required method of payment before we met. Had she done so, we could've easily met at the bank. Instead, she opted to take a different route and wait until I was standing on her doorstep to demand cash.

  Let me make another thing perfectly clear...Hall had no reason to think she would have any problems cashing the check she took from me that day. According to her statement, she didn't want to take the check because she alleges she "had seen issues with the business placing stop payments on other checks" which is completely fabricated.

  First, there have been ZERO stop payments placed on checks from our business. This can be easily verified through bank account records.

  Second, Hall had absolutely no access to business financial information or payment (payable or receivable) processes. Her job was to answer phone calls and schedule appointments, period.

  👍 Respect 3   ↩ Reply   ⤳ Share                                          ⚑ Report

  - **CATipton** 1 month ago
    ↰ In reply to **L.L.**

    Mahalo for the clarification, Mr. Letoto!
    The way the article described it, it sounded like you only refused to pay in cash because of your need of a record of payment. The article didn't mention that Ms. Hall only demanded cash after you were already there.
    I apologize for the inaccuracy of my initial comment.

    👍 Respect 1   ↩ Reply   ⤳ Share                                        ⚑ Report

- **Rampnt_1** 1 month ago

  Too many blanks to fill to form a fair opinion of the incident. Each side presents their version, but as we all know, each side presents the best version of their side of the story. Whomever may be the victim is decided by judicial review. The back room details may have to be left out of each version to sanitize them. We don't know why she was being terminated? We don't know why Letoto couldn't retrieve company property by filing civil proceedings? We don't know if Letoto and Koanui conspired to have Koanui at the scene to ensure there was compliance. (Officers can cancel other officers if they are being sent to a case.). One big standout is a definite, giving Koanui the benefit of the doubt that he may not have known his business partner was going to be there, he should have requested another officer to take his place or ask for his sector sergeant to respond. The issue with the company cellphone is a civil matter because she was given the cellphone by the company. Police do not get involved with civil matters. Only criminal matters...like burglary or trespassing ..foot in doorway of a residence.

  👍 Respect 2   ↩ Reply   ⤳ Share                                            ⚑ Report

HALL - 0065

- **PeaceJustice** 1 month ago

  Let's take a look at the video & other testimony before we make a reasoned judgement. Whoever is in the wrong needs to apologize & if anything criminal transpired, then anyone guilty needs to be held accountable -- preferably not with just a slap on the wrist.

  What should we make of the **Police Commission** not having a "Conflict of Interest" policy, even prior to the settling of the $150,000 lawsuit of arresting a teenager. The money is large but the larger issue is the credibility of HPD, which has been in the dumps for more years than I care to remember.

  What is the reluctance of **HPD** to develop their "Conflict of Interest" policy? After the Kealoha, Kealoha & Kaneshiro (& still on-going) episodes, HPD needs to be *scrupulously* clean. How long will it take to rebuild the reputation of our primary law enforcement organization in Hawaii? When will "**5-0**" return to be a source of pride?

  👍 Respect 2   ↩ Reply   < Share                                                    ⚑ Report

  - **Keala_Kaanui** 1 month ago
    ↩ In reply to **PeaceJustice**

    What do you mean the commission does not have a conflict of interest policy? The commission members are subject to the ethics laws like every other Baird and commission, and that includes a conflict of interest prohibition and a disclosure provision. Why do volunteer board members have higher standards that people who are paid and authorized to use guns in a deadly manner?

    👍 Respect 2   ↩ Reply   < Share                                                  ⚑ Report

  - **L.L.** 1 month ago
    ↩ In reply to **PeaceJustice**

    Mr. Letoto here. I've been waiting for the surveillance video from the day of the incident. I pointed out the surveillance camera to the Officers and told them to ask Hall to view the footage. I'm not sure why Hall didn't show it to them but as far as I know, the video hasn't been submitted as evidence against me to support Hall's allegations. I, for one, WANT the video to surface.

    👍 Respect 2   ↩ Reply   < Share                                                  ⚑ Report

- **Chigao** 1 month ago

  Without knowing the full details, it's still amazing that officer Koanui even went to the scene knowing full well it was his "braddah" involved. Should have just told his supervisor he needed to be divorced from that situation in EVERY way.

  Yet another case of bad optics and HPD.

  👍 Respect 5   ↩ Reply   < Share                                                    ⚑ Report

- **tlsilva217** 1 month ago

  If the responding officer didn't know the name of the friend until after he got to the scene, he still had a duty to call in another officer because of the conflict of interest. That way, he would have been covered but because he didn't, it IS an issue. Hopefully HPD develops a conflict of interest policy so the City stops paying out monies that it can't afford.

👍 Respect 6   ↩ Reply   ◁ Share                                                🚩 Report

– **KalihiValleyHermit** 1 month ago
  ↩ In reply to **tlsilva217**

  If the responding officer didn't know the name of the friend until after he got to the scene, he still had a duty to call in another officer because of the conflict of interest.

  Read the story & the complaint to HPD below carefully. Officer Koanui (the business partner of Letoto) responded to the call with **2 other officers**. So Koanui can't be faulted for not calling in other officers & handling this matter all by himself.

  Ms. Hall claimed that while Koanui was inside her house, the other male officer waited outside. Interestingly, she doesn't say the same about the female officer. She just said that the latter *"arrived on the scene as well."*

  At least, that's what Hall is claiming. But before taking everything she & the ACLU lawyer says at face value, it would be instructive to know what the other 2 officers have to say on the matter. It would also be imperative to view **complete, unedited** security cam footage of the incident. Even if there is no audio, it would definitely shed more light on who is being more truthful.

  With all that said, HPD needs to stop dragging their feet & come up with a conflict of interest policy, pronto!

  👍 Respect 7   ↩ Reply   ◁ Share                                              🚩 Report

– **uknowwho** 1 month ago
  I lost any and all faith in the ACLU. They always seem to protect the criminals

  👍 Respect 4   ↩ Reply   ◁ Share                                              🚩 Report

  – **JusticePlease** 1 month ago
    ↩ In reply to **uknowwho**

    Too bad you and others have to rush to judgement without knowing anything about the case other than 'she said--he said'. It's petty clear that you didn't like ACLU to begin with. But you may need it's help some day.

    👍 Respect 6   ↩ Reply   ◁ Share                                            🚩 Report

  – **Rampnt_1** 1 month ago
    ↩ In reply to **uknowwho**

    They are more inclined to protect an individual's civil rights. I also may disagree with the ACLU,  but as demonstrated in the past, boundaries have been breached by the enforcement, prosecutorial, and judicial components of our system at the expense of those civil rights. In this incident, a conflict of interest is definitely present when Koanui did not excuse himself from the scene. He will be asked by the internal investigation why he did not remove himself. Hopefully, his response will vindicate him...or not.

    👍 Respect 4   ↩ Reply   ◁ Share                                            🚩 Report

**TheAdvocate** 1 month ago

HALL - 0067

- **TheAdvocate** 1 month ago

Hey, I railed against the officer in the other conflict case, this one is not as clear cut. Now radio transmissions could tell a lot. For instance if Off. Koanui heard the address over the radio or his friend's name and volunteered to go to the call…yes then my internal alarms go off. If the names are not given or he is outright assigned by a Dispatcher, I then get a different take on it. Now another hmmm moment is filing a complaint nearly two years later? Now what makes "Nearly two years later" significant is the statute of limitations on being able to file a civil lawsuit expires …..two years after the act. Coincidental? Using the ACLU to stir up the pot just before you file a lawsuit….Priceless!

👍 Respect 12   ↩ Reply   < Share                                                    ⚑ Report

  - **L.L.** 1 month ago
    ↩ In reply to **TheAdvocate**
    
    *"Using the ACLU to stir up the pot just before you file a lawsuit….Priceless!"* EXACTLY!
    
    👍 Respect   ↩ Reply   < Share                                              ⚑ Report

💬 **Top of comments**        📄 **Top of article**

**STAY UP TO DATE ON THE CORONAVIRUS AND OTHER HAWAII ISSUES**

Sign up for our FREE morning newsletter

| Enter email | **SIGN ME UP!** |

And don't worry, we hate spam too! You can unsubscribe any time.

HALL - 0068