```
 1              IN THE UNITED STATES DISTRICT COURT

 2                        STATE OF HAWAII

 3

 4   ROBIN HALL,                  )CASE NO.CV 21-00248 LEK-KJM
                                  )
 5                  Plaintiff,    )
                                  )
 6        vs.                     )
                                  )
 7   CITY AND COUNTY OF HONOLULU; )
     CHRISTOPHER KOANUI; LEONARD  )
 8   LETOTO; DEBRA MAIOHO-POHINA; )
     JOHN LEO CASTILLO,           )
 9                                )
                    Defendants.   )
10   _____)

11

12           DEPOSITION OF JOHN L. CASTILLO

13   Taken on behalf of the Plaintiff ROBIN HALL, at ACLU of

14   Hawaii Foundation, 888 Mililani Street, 8th Floor,

15   Honolulu, Hawaii 96813, commencing at 9:02 a.m., on

16   Monday, October 14, 2024 pursuant to Notice.

17

18        BEFORE:  MYRLA R. ROMERO, CSR No. 397

19        Notary Public, State of Hawaii

20

21

22

23

24
                              Exhibit 3
25
```


2

```
 1   APPEARANCES:

 2        For Plaintiff ROBIN HALL:

 3             JOHNWOOK "WOOKIE" KIM, ESQ.
              ACLU OF HAWAII FOUNDATION
 4             P.O. Box 3410
              Honolulu, Hawaii 96801
 5             wkim@acluhawaii.org

 6

         For Defendants CITY AND COUNTY OF HONOLULU, JOHN
 7   LEO CASTILLO and DEBRA MAIOHO-POHINA:

 8             WILLIAM R.K. AWONG, ESQ.
              Deputy Corporation Counsel
 9             City and County of Honolulu
              530 S. King Street, Room 110
10             Honolulu, Hawaii 96813
              wawong@honolulu.gov
11

12        For Defendant CHRISTOPHER KOANUI:

13             ZACHARY K. SHIKADA, ESQ.
              Kobayashi, Sugita & Goda
14             First Hawaiian Center, 26th Floor
              999 Bishop Street
15             Honolulu, Hawaii  96813
              zks@ksglaw.com
16

17        Also present:  GEORGE CORDERO
                        AARON DVORKIAN
18                        ROBIN HALL (Via Teams)

19

20

21

22

23

24

25
```

1            I N D E X

3  EXAMINATION BY:                                      PAGE

4       MR. KIM.......................................4

7  EXHIBITS MARKED FOR IDENTIFICATION                   PAGE

8  Exhibit 1      Plaintiff's Notice of Rule            11
                  30(b)(6) Deposition of City and
9                 County of Honolulu by oral
                  examination

10 Exhibit 2      John Leo Castillo's response to       11
11                Plaintiff's First Set of
                  Interrogatories to Defendant
12                John Leo Castillo

13 Exhibit 3      Plaintiff Notice of Deposition        13
                  of John Leo Castillo
14
   Exhibit 4      Honolulu Police Department            68
15                policy law enforcement
                  operations
16 Exhibit 5      Honolulu Police Department            76
                  policy auxiliary and technical
17                services

18 Exhibit 6      {^L"Describe}                         96

19 Exhibit 7      Defendant Christopher Koanui's        122
                  response to Plaintiff's First
20                set of Interrogatories to
                  Defendant Christopher Koanui
21
   Exhibit 8      Theft and related offenses            172
22
   Exhibit 9      Body cam footage                      187
23
   Exhibit 10     Extortion definition                  192

1  EXHIBITS MARKED FOR IDENTIFICATION (Cont.)    PAGE

2  Exhibit 11    Extortion in the second degree    192
                 definition
3
   Exhibit 12    Email to Christopher Koanui       199
4                from Leonard Letoto, June 10,
                 2019
5
   Exhibit 13    Surveillance camera footage       217
6
   Exhibit 14    Unauthorized entry in a           222
7                dwelling in the second degree

8  Exhibit 15    Definition of assault in the      239
                 third degree
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           (Disclosure presented to all counsel.)
2                    JOHN L. CASTILLO,
3    called as a witness by and on behalf of the Plaintiff
4    ROBIN HALL, having been first duly sworn to tell the
5    truth, the whole truth and nothing but the truth, was
6    examined and testified as follows:
7                        EXAMINATION
8    BY MR. KIM:
9         Q    Good morning.
10        A    Good morning.
11        Q    My name is Jongwook Wookie Kim.  I
12   represent Plaintiff Robin Hall in this matter.  Can
13   you please state your full name for the record.
14        A    John Leo Castillo.
15        Q    And what is your home address?
16        A    91-1841 Keanui Drive, No. 220, Ewa Beach,
17   Hawaii 96706.
18        Q    And you're represented by an attorney
19   today?
20        A    Yes.
21        Q    And that would be Kaina who's sitting next
22   to you?
23        A    Yes.
24        Q    Have you ever been deposed before?
25             MR. AWONG:  Do you want to do the

1  with a dispatch request?

2      A    Who you're supposed to meet with, if any.

3      Q    Okay.  How about information about other

4  officers responding to the call, did they ever

5  provide that information?

6      A    I mean, they would call multiple if needed.

7      Q    Now, what decision, at the time of the

8  incident, what decision did you have to respond or

9  not respond to a dispatch call?

10     A    I'm sorry, what discretion I had if I

11 didn't want to or want to respond to?

12     Q    Well, let's start with did you have any

13 discretion not to respond to a call if dispatch

14 requested one from you?

15     A    They assign us.  I mean, I would say no but

16 ultimately if you don't want to go, right, then you'd

17 probably get in trouble.

18     Q    Right, right.  So that's sort of what I'm

19 getting at.  It's dispatch that assigns you to

20 respond to a particular incident, right?

21     A    Yes.

22     Q    You as the patrol officer don't get to just

23 say oh, I'm going to go take this because I want it?

24     A    We have the, I guess, I don't want to say

25 ability but we can ask to go, right, or ask for the

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

1 case information and then go help if needed like big
2 calls, right, they're not going to send everybody
3 but.
4     Q    I hear what you're saying.  So just to make
5 sure I'm understanding you correctly, dispatch is the
6 one that decides who responds to a call, correct?
7     A    Yes.
8     Q    But other officers may request to respond
9 to the same call as well?
10     A    In general.
11     Q    If in that situation with an officer who's
12 requesting to respond, do they have to receive
13 authorization from dispatch to actually respond?
14     A    I don't understand.
15     Q    So you're saying that, you know, a call
16 comes in, 911 the dispatch says there's a caller at
17 ABC, 123, Officer Castillo, please go.  But then a
18 different officer says oh, I want to support Officer
19 Castillo, does that officer have to receive sort of
20 approval from dispatch to actually accompany you?
21     A    No.
22     Q    They can do that on their own accord and
23 they would just let dispatch know I'm also going to
24 show up?
25     A    Yes.