```
                                                                  1
 1            IN THE UNITED STATES DISTRICT COURT

 2                        STATE OF HAWAII

 3

 4   ROBIN HALL,                    )CASE NO.CV 21-00248 LEK-KJM
                                    )
 5                 Plaintiff,       )
                                    )
 6        vs.                       )
                                    )
 7   CITY AND COUNTY OF HONOLULU;   )
     CHRISTOPHER KOANUI; LEONARD    )
 8   LETOTO; DEBRA MAIOHO-POHINA;   )
     JOHN LEO CASTILLO,             )
 9                                  )
                   Defendants.      )
10   _____)

11

12         DEPOSITION OF DEBRA ANN MAIOHO

13   Taken on behalf of the Plaintiff ROBIN HALL, at ACLU of

14   Hawaii Foundation, 888 Mililani Street, 8th Floor,

15   Honolulu, Hawaii 96813, commencing at 8:57 a.m., on

16   Wednesday, October 30, 2024 pursuant to Notice.

17

18        BEFORE:  MYRLA R. ROMERO, CSR No. 397

19        Notary Public, State of Hawaii

20

21

22

23

24
                              Exhibit 5
25
```

1  APPEARANCES:

2       For Plaintiff ROBIN HALL:

3           JONGWOOK "WOOKIE" KIM, ESQ.
            ACLU OF HAWAII FOUNDATION
4           P.O. Box 3410
            Honolulu, Hawaii 96801
5           wkim@acluhawaii.org

6

        For Defendants CITY AND COUNTY OF HONOLULU, JOHN
7  LEO CASTILLO and DEBRA MAIOHO-POHINA:

8           WILLIAM R.K. AWONG, ESQ.
            Deputy Corporation Counsel
9           City and County of Honolulu
            530 S. King Street, Room 110
10          Honolulu, Hawaii 96813
            wawong@honolulu.gov
11

12      For Defendant CHRISTOPHER KOANUI:

13          ZACHARY K. SHIKADA, ESQ.
            Kobayashi, Sugita & Goda
14          First Hawaiian Center, 26th Floor
            999 Bishop Street
15          Honolulu, Hawaii  96813
            zks@ksglaw.com
16

17      Also present:  GEORGE CORDERO
                       AARON DVORKIN
18                     ROBIN HALL (Via Teams)

19

20

21

22

23

24

25

# I N D E X

EXAMINATION BY:                                              PAGE

    MR. KIM.....................................4


EXHIBITS MARKED FOR IDENTIFICATION                           PAGE

| | | |
|---|---|---|
| Exhibit 1 | Plaintiff Notice of Deposition of Debra Maioho-Pohina | 8 |
| Exhibit 2 | Plaintiff's Notice or Rule 30(b)(6) Deposition of City and County of Honolulu by oral examination | 8 |
| Exhibit 3 | Honolulu Police Department policy auxiliary and technical services | 52 |
| Exhibit 4 | Membership Certificate of Exceptional Obedience | 54 |
| Exhibit 5 | Defendant Debra Maioho-Pohina's response to Plaintiff's First Request for Production of Defendant Debra Maioho-Pohina | 60 |
| Exhibit 6 | Honolulu Police Department incident report | 166 |
| Exhibit 7 | Body-worn camera footage of Officer Maioho | 206 |
| Exhibit 8 | Body-worn camera footage of Officer Koanui | 213 |
| Exhibit 9 | Surveillance video | 223 |

1    (Disclosure presented to all counsel.)

2             DEBRA ANN MAIOHO,

3 called as a witness by and on behalf of the Plaintiff,

4 having been first duly sworn to tell the truth, the

5 whole truth and nothing but the truth, was examined and

6 testified as follows:

7                  EXAMINATION

8 BY MR. KIM:

9    Q    Good morning, Ms. Maioho.  My name is

10 Wookie Kim.  I represent the plaintiff in this

11 lawsuit, and I think we'll start with just noting

12 who's present for the record today.

13         So on the phone listening in is the

14 Plaintiff Robin Hall, I'm present as Robin's attorney

15 and Aaron Dvorkian is our legal fellow and George

16 Cordero is our paralegal.

17             MR. AWONG:  Sorry, I guess I'll put on

18 for us.  William Awong representing Ms. Maioho,

19 although not present, also representing the city and

20 Officer Castillo.

21             MR. SHIKADA:  Zachary Shikada for

22 Officer Christopher Koanui.

23 BY MR. KIM:

24    Q    So, Ms. Maioho, can you please state your

25 full name for the record.

```
 1            So like sometimes I'll look at, like, the
 2   miscellaneous public reports first because I can
 3   clear them out of the cue quickly.
 4            But if my officers have a case, I try to
 5   clear out my officers' case out of the cue or my
 6   cases first or the cases I have involvement first.
 7   And then, you know, if I have time, I'll go and do
 8   other reports.
 9       Q    Understood.  And then what happens after a
10   police report is approved by you as supervising
11   sergeant?
12       A    It depends on what kind of report it is.
13       Q    So if it's a report that says -- if it's a
14   report that's classified as a crime, what happens in
15   that scenario?
16       A    It depends on the severity of the crime.
17       Q    So if it's a misdemeanor, what happens?
18       A    If it's a misdemeanor, it can get forwarded
19   to the misdemeanor detail, followup detail.  Or if
20   they're not pressing charges or it's unfounded or
21   something happened, you know, something with cases,
22   we can close out misdemeanor cases.
23            So patrol has the ability to close out the
24   misdemeanor cases and forward it to the prosecutor's
25   office without sending it to another investigative
```

1 detail.

2     Q    So just to clarify, who within HPD is
3 allowed to close out some of the misdemeanor cases?
4     A    We can close them out on the patrol level,
5 and the misdemeanor followup detail would close out
6 the rest of them generally speaking.
7     Q    Are you part of the patrol level?
8     A    Yes.
9     Q    Oh, even though you're a sergeant, you're
10 still considered patrol?
11     A    We're included in the patrol
12 classification, I guess.
13     Q    How do the outcomes or how does the process
14 change for a felony?
15     A    It depends on what kind of felony because
16 there are different details for specific felonies
17 like financial fraud or sex assault, you know, or
18 crimes against family.  So it will get routed to the
19 unit that's -- robbery detail specifically for those
20 types of cases.
21     Q    The HPD investigative unit?
22     A    Yes.
23     Q    And then when, if at all, does an approved
24 police report get referred directly to the
25 prosecutor's office?

1     A    Misdemeanors. So if we can get all the
2  elements and we locate a suspect and either make an
3  arrest or read them their rights and get their
4  statement or read them their rights and, you know,
5  get the denial of them making a statement. It
6  depends on what kind of case it is. We can close it
7  and forward it to the prosecutors.
8     Q    So just to clarify when you close it out,
9  what does that refer to?
10    A    It means that I don't have to send it out
11 to another investigative unit.
12    Q    Oh, okay.
13    A    It will stop at the patrol level and then I
14 can forward it to the prosecutors.
15    Q    Do you forward every single case to the
16 prosecutor?
17    A    No, I don't.
18    Q    Okay. So that's what I'm getting at.
19              MR. AWONG: Do you need the bathroom
20 again? When you have another --
21 BY MR. KIM:
22    Q    Yes, I'm almost done and maybe that would
23 be a good time for a lunch break anyway.
24              I thought when you were saying close it,
25 that meant that there was no further action taken,

1  but it sounds like sometimes you'll close it out and
2  it will be forwarded to the prosecutors and sometimes
3  it won't?
4      A   Criminal cases are always going to go to
5  the prosecutors because once we include an
6  investigation and package it, they're going to go,
7  you know, the prosecutors can decide if they're going
8  to take a case or not or, you know, move forward with
9  the case or not.  That's beyond my line of
10 responsibilities.
11              MR. KIM:  Should we take a lunch break
12 now then or do you want to just do a quick break?
13              MR. AWONG:  Let's go off the record.
14         (Recess from 12:23 p.m. to 1:11 p.m.)
15 BY MR. KIM:
16     Q   I just wanted to ask a few more questions
17 about policies and then we can turn to the day of the
18 incident itself.
19          Where were you working on the day of
20 June 10, 2019?
21     A   Kapolei Police Station.  I was assigned as
22 the Sector 3 supervisor in District 8.
23     Q   And so on that day, did you stay at the --
24 okay.  Sorry, scratch that.
25          As a supervising sergeant, do you generally