1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3  ROBIN HALL,                    ) Civil No.: CV 21-00248
                                  ) LEK-KJM
4        Plaintiff,               )
                                  )
5     v.                          )
                                  )
6  CITY AND COUNTY OF             )
   HONOLULU; CHRISTOPHER          )
7  KOANUI; LEONARD LETOTO;        )
   DEBRA MAIOHO-POHINA; JOHN      )
8  LEO CASTILLO,                  )
                                  )
9        Defendants.              )
   _____)

10

11

12

13              VIDEOTAPED DEPOSITION

14                     OF

15              LEONARD LETOTO

16    Taken on behalf of the Plaintiff at the offices of

17 American Civil Liberties Union of Hawaii, 888 Mililani

18 Street, 8th Floor, Honolulu, Hawaii, commencing at

19 8:57 a.m. on Friday, December 15, 2023, pursuant to

20 Notice.

21

22

23 Reported by:

24 JESSICA R. PERRY, RPR, CSR NO. 404
   Certified Shorthand Reporter
25

**Exhibit 6**

```
 1                        APPEARANCES
     For the Plaintiff:
 2
             TAYLOR BRACK, ESQ.
 3           JONGWOOK "WOOKIE" KIM, ESQ.
             ACLU of Hawaii Foundation
 4           P.O. Box 3410
             Honolulu, Hawaii 96801
 5           tbrack@acluhawaii.org
             wkim@acluhawaii.org
 6


 7   For the Defendant Christopher Koanui:

 8           Zachary K. Shikada, ESQ.
             Kobayashi Sugita & Goda, LLP
 9           First Hawaiian Center, Suite 2600
             999 Bishop Street
10           Honolulu, Hawaii 96813
             zks@ksglaw.com
11


12   For the Defendants City and County of Honolulu, John
     Leo Castillo and Debra Maioho-Pohina:
13
             WILLIAM R.K. AWONG, ESQ.
14           Deputy Corporation Counsel
             City and County of Honolulu
15           530 South King Street, Room 110
             Honolulu, Hawaii 96813
16           wawong@honolulu.gov


17
     For the Defendant Leonard Letoto:
18
             LEIGHTON M. HARA, ESQ.
19           Ota & Hara LLLC
             Pacifica Guardian Center, Mauka Tower
20           737 Bishop Street, Suite 2860
             Honolulu, Hawaii 96813
21           lhara@ota-hara.com


22
     Also Present:
23
             Robin Hall (remotely)
24           Stephan Andreychuk, videographer
             George Cordero, ACLU
25           Samantha McNichols, ACLU (remotely)
```

# I N D E X

**EXAMINATIONS**    **PAGE**

Examination By Ms. Brack    5

# E X H I B I T S

**NO.**    **DESCRIPTION**    **PAGE**

1    Text messages    45

2    Copy of check    56

3    252 statement form    85

4    Email    94

```
 1              THE VIDEOGRAPHER:  We are now on the
 2   record.  The time is 8:57 a.m. Hawaii time.  Today's
 3   date is December 15th, 2023.  This begins the video
 4   conference deposition of Leonard Letoto, taken in the
 5   matter of Robin Hall for City and County of Honolulu,
 6   case number which is CV 2100248 LEK KJM.
 7              My name is Stephan Andreychuk.  I am your
 8   remote videographer today.  I represent Esquire
 9   Deposition Solutions.  As a courtesy, anyone who is
10   not speaking please mute your audio and unmute your
11   audio when you're ready to speak.  All present please
12   identify themselves and state who you represent, after
13   which the witness will be sworn in by the court
14   reporter.
15              MS. BRACK:  Good morning, everyone.  My
16   name is Taylor Brack.  I'm representing the plaintiff
17   in this case, along with my colleague Wookie Kim.
18   Observing via Zoom is our legal fellow, Samantha
19   McNichols, and the plaintiff, Robin Hall.
20              MR. AWONG:  William Awong, deputy
21   corporation counsel on behalf of defendants Castillo
22   and Maioho-Pohina.
23              MR. HARA:  Leighton Hara for defendant
24   Leonard Letoto, who is also present.  And Taylor, I
25   don't think you identified the gentleman.
```

```
1    hiring an administrative assistant, has he ever
2    disagreed with your decision to hire someone?
3         A.   No.
4         Q.   What qualities do you look for in an
5    administrative assistant?
6         A.   Someone that can answer the phone and schedule
7    appointments.
8         Q.   Is there anything else that's appointment --
9    excuse me, is there anything else that's important for
10   you in your administrative assistant?
11        A.   Can follow instructions.
12        Q.   Anything else?
13        A.   No.
14        Q.   Is it important for your administrative
15   assistants to have good people skills?
16        A.   I would say so.
17        Q.   Because they interact on the phone with your
18   clients?
19        A.   Correct.
20        Q.   Is there any other skill that you need to
21   exhibit to do that job?
22        A.   The ability to do basic work on the computer.
23        Q.   Anything else?
24        A.   No.
25        Q.   What equipment is needed for an administrative
```

```
 1   assistant to do their job?
 2       A.   The business phone and a computer is probably
 3   preferable but not necessary if they have a
 4   smartphone, because they can still access the calendar
 5   app on their phone.
 6       Q.   Do you provide that equipment to your --
 7       A.   The business phone, yes.   Sorry.
 8              MR. HARA:   You gotta let her finish.
 9              THE WITNESS:   Yeah.
10   BY MS. BRACK:
11       Q.   Have you ever provided a computer to your --
12   to your administrative assistant?
13       A.   No.
14       Q.   Did you provide a business phone to each of
15   your three administrative assistants?
16       A.   Yes.
17       Q.   Was it the same phone?
18       A.   I can't recall if it was the exact same phone,
19   but it would have been a phone attached to the same
20   number.
21       Q.   What sort of expectations do you have for
22   employees using the company equipment that you
23   provided?
24       A.   Just do the job that I asked them to do.
25       Q.   Are there any rules associated with the use of
```