**Chris Koanui <chris@exceptionalobedience.com>**

**(no subject)**
1 message

**Leonard Letoto** <leonard@exceptionalobedience.com>                                                 Mon, Jun 10, 2019 at 6:53 PM
To: Christopher Koanui <chris@exceptionalobedience.com>

Best regards,

*Leonard Letoto*
Co-Founder/Trainer
Exceptional Obedience Dog Training
(808) 778-5866 office
(808) 216-4001 cell

*As seen in the Honolulu Star-Advertiser and The Pet Hui!*

 **HALL 252 Statement.docx**
15K

# Exhibit 7