ACLU OF HAWAII FOUNDATION

JONGWOOK "WOOKIE" KIM   #11020
EMILY M. HILLS          #11208
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone: (808) 522-5905
E-mail:    wkim@acluhawaii.org
           ehills@acluhawaii.org

Attorneys for Plaintiff
ROBIN HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN HALL<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; CHRISTOPHER KOANUI; LEONARD LETOTO; DEBRA MAIOHO-POHINA; JOHN LEO CASTILLO<br><br>      Defendants. | CASE NO. CV 21-00248 LEK-KJM<br><br>[CIVIL RIGHTS ACTION]<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on January 3, 2025, true and correct copies of the foregoing document were served upon the following parties in the following manner:

| | |
|---|---|
| DANA M.O. VIOLA 6095 | By CM/ECF |

Corporation Counsel
WILLIAM R.K. AWONG 008329
wawong@honolulu.gov
Deputy Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, HI 96813
Attorneys for Defendants JOHN LEO CASTILLO and DEBRA MAIOHO-POHINA

| | |
|---|---|
| LEIGHTON M. HARA 7826-0 | By CM/ECF |

lhara@ota-hara.com
KALLISTA N. HIRAOKA 11328-0
khiraoka@ota-hara.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2860
Honolulu, HI 96813
Attorneys for LEONARD LETOTO

| | |
|---|---|
| LEX R. SMITH  003485 | By CM/ECF |

lrs@ksglaw.com
Kobayashi Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorney for Defendant CHRISTOPHER KOANUI

DATED:  Honolulu, Hawaiʻi, January 3, 2025.

     /s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
EMILY M. HILLS
ACLU of Hawaii Foundation

Attorneys for Plaintiff
ROBIN HALL