

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

Docket Number: 25-3596
Originating Case Number: 1:21-cv-00248-LEK-KJM

Case Title: Hall v. City and County of Honolulu, et al.

**Wednesday, June 11, 2025**
Robin Hall — Mediation Questionnaire due

**Friday, June 20, 2025**
Robin Hall — Appeal Transcript Order Due

**Monday, July 21, 2025**
Robin Hall — Appeal Transcript Due

**Thursday, August 28, 2025**
Robin Hall — Appeal Opening Brief Due

**Monday, September 29, 2025**
City and County of Honolulu — Appeal Answering Brief Due
John Leo Castillo — Appeal Answering Brief Due
Debra Maioho-Pohina — Appeal Answering Brief Due
Christopher Koanui — Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**